```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| BRIAN UPDYKE, | : Civil Action No.13-4504(FLW) |
| Plaintiff, | : |
| vs. | : NOTICE OF CALL FOR DISMISSAL |
| | PURSUANT TO F.R.Civ. R.4(m) |
| FRONTLINE ASSET STRATEGIES, LLC. | : |
| Defendants, | : |

PLEASE TAKE NOTICE that the above-captioned action will be dismissed on <u>February 3, 2014  at 10:00 a.m.</u> for failure to effect service on the summons and complaint within 120 days of complaint unless you establish that service was effected within said 120 days or unless on that date good cause is shown for failure to do so.  Any responsive pleading to this Notice must be filed with the Court on or before January 31, 2014.

```
                            WILLIAM T. WALSH, CLERK


                         BY  s/Jacqueline Gore
                              Jacqueline Gore
                              Deputy Clerk
```

DATED: January 13, 2014

TO:   Scott Jonathan Goldstein, Esq.