# LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC

**Reply To**
Scott J. Goldstein
3175 Route 10 East, Suite 300C
Denville, NJ 07834
Direct Phone:    973-453-2871
Direct Fax: 973-453-2869
Direct Email:    sjg@sgoldsteinlaw.com

**Scott J. Goldstein, Esq.**
*Admitted NJ and NY*

January 28, 2014

**Via CM/ECF**
Hon.  Freda L Wolfson, U.S.D.J.
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson E. Fisher US Courthouse
402 E. State Street
Trenton, NJ 08608

          Re:    Brian Updyke v. Frontline Asset Strategies, LLC, Credigy Receivables, Inc. et als
                DNJ Case No. 13-cv-4504

Dear Judges Wolfson and Arpert:

    I represent the Plaintiff in the referenced matter.  This letter is to advise the Court that the parties have resolved the within case.  Once the settlement monies have been received, Plaintiff will file a Notice of Voluntary Dismissal forthwith.

    As such, I respectfully request that the Court mark this matter off of its active docket.

    Thank you for your courtesies.

                                        Respectfully,

                                        Scott J. Goldstein

    cc:    Client (via email)
              Scott Loynd, Esq. (via email)

**North Jersey Office**

3175 Route 10 East
Building A, Suite 300C
Denville, NJ 07834
Ph: 973.453.2838
Fax: 973.453.2869

**New York Office**

28 New Hempstead Road
New City, NY 10956
*By Appointment Only*

info@sgoldsteinlaw.com
www.sgoldsteinlaw.com